1  **Alycia A. Degen, SBN 211350**
   **adegen@sidley.com**
2  **David R. Carpenter, SBN 230299**
   **drcarpenter@sidley.com**
3  **SIDLEY AUSTIN LLP**
   **555 West Fifth Street, Suite 4000**
4  **Los Angeles, California  90013**
   **Telephone:  (213) 896-6000**
5  **Facsimile:  (213) 896-6600**

6  **Attorneys for Defendant**
   **Costco Wholesale Corporation, erroneously sued**
7  **as Costco Wholesale, Inc.**

8                    **UNITED STATES DISTRICT COURT**

9                    **SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CECILIA LINARES, On Behalf of Herself and All Other Similarly Situated California Residents, | Case No. 3:11-cv-02547-MMA-RBB |
| Plaintiff, | Assigned to: Judge Michael M. Anello |
| vs. | **DEFENDANT'S NOTICE OF RELATED CASE** |
| COSTCO WHOLESALE, INC., a Washington corporation, | |
| Defendant. | |

1 | Pursuant to Local Rule 40.1, Defendant Costco Wholesale Corporation, incorrectly named in the caption as Costco Wholesale, Inc., hereby gives notice that the above-captioned action involves a material part of the same subject matter as the following pending action, which also raises consumer fraud claims involving Kirkland Signature™ Glucosamine products:

- *Padilla v. Costco Wholesale Inc.,* Case No. 1:11-cv-07686, United States District Court for the Northern District of Illinois, filed October 28, 2011, on behalf of a putative class that does not include California purchasers.

Dated: December 28, 2011                     SIDLEY AUSTIN LLP

By:  /s/ Alycia A. Degen
Alycia A. Degen
David R. Carpenter
Attorneys for Defendant Costco Wholesale Corporation, erroneously sued as Costco Wholesale, Inc.

1
**DEFENDANT'S NOTICE OF RELATED CASE**

**Linares v. Costco Wholesale, Inc.**
United States District Court Case No. 3:11-cv-02547-MMA-RBB

## CERTIFICATE OF SERVICE VIA CM/ECF SYSTEM

The undersigned certifies that on **December 28, 2011**, true and correct copy of the following document was electronically filed and served on all counsel of record in this action and in the related action who are deemed to have consented to electronic service via the Court's CM-ECF system:

**DEFENDANT'S NOTICE OF RELATED CASE**

Pursuant to the CM/ECF system, registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities. Any other counsel of record will be served by electronic mail and U.S. mail.

SIDLEY AUSTIN LLP

By: /s/ Alycia A. Degen
Alycia A. Degen
Attorneys for Defendant Costco Wholesale Corporation, erroneously sued as Costco Wholesale, Inc.