# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECELIA LINARES, on behalf of herself and all other similarly situated California residents,<br><br>　　　　　　　　　　　　　　　Plaintiff,<br>　vs.<br><br>COSTCO WHOLESALE, INC., a Washington corporation,<br><br>　　　　　　　　　　　　　　　Defendant. | CASE NO. 11-cv-2547-MMA (RBB)<br><br>**NOTICE AND ORDER PROVIDING TENTATIVE RULING REGARDING DEFENDANT'S MOTION TO DISMISS** |

　　　Currently pending before the Court is Defendant Costco Wholesale, Inc.'s motion to dismiss Plaintiff Cecelia Linares' complaint pursuant to Federal Rules of Civil Procedure 8(a), 9(b), 12(b)(1) and 12(b)(6). [Doc. No. 8.] Having considered the submissions of the parties, the motion is tentatively **GRANTED IN PART** and **DENIED IN PART**.

　　　The Court tentatively **DISMISSES** Plaintiff's claims relating to Glucosamine with MSM and advertisements she did not personally view **with prejudice**. The Court tentatively finds that Plaintiff lacks standing to bring a claim regarding a product she did not purchase or use, and advertising she did not view.

　　　Furthermore, the Court tentatively finds that Federal Rule of Civil Procedure 9(b)'s heightened pleading requirements do not apply to the present action because Plaintiff's claims do not sound in fraud.

1 | The Court also tentatively finds that Plaintiff's allegations regarding Glucosamine
2 | Chondroitin are sufficient to satisfy Rule 8(a)'s pleading requirements.
3 | Finally, the Court tentatively finds that the allegations in the First Amended Complaint do
4 | not violate Rule 11(b)(3).
5 | The Parties are advised that these rulings are tentative and the Court will entertain
6 | additional argument at the hearing on March 26, 2012.
7 | **IT IS SO ORDERED.**
8 |
9 | DATED:  March 23, 2012

Hon. Michael M. Anello
United States District Judge