# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECELIA LINARES, on behalf of herself and all other similarly situated California residents,<br><br>                              Plaintiff,<br>vs.<br><br><br>COSTCO WHOLESALE, INC., a Washington corporation,<br><br>                              Defendant. | CASE NO. 11-cv-2547-MMA (RBB)<br><br>**ORDER AFFIRMING TENTATIVE RULING AND GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION TO DISMISS**<br><br>[Doc. No. 8] |

Currently pending before the Court is Defendant Costco Wholesale, Inc.'s motion to dismiss Plaintiff Cecelia Linares' complaint pursuant to Federal Rules of Civil Procedure 8(a), 9(b), 12(b)(1) and 12(b)(6). [Doc. No. 8.] Upon due consideration of the parties' submissions and the oral argument of counsel, the Court **AFFIRMS** its tentative ruling [Doc. No. 24] and **GRANTS IN PART** and **DENIES IN PART** Defendant's motion to dismiss. As such, Plaintiff's claims relating to Glucosamine with MSM and advertisements she did not personally view are **DISMISSED with prejudice**. The Court **GRANTS** Plaintiff *thirty days* to amend the complaint.

   **IT IS SO ORDERED.**

DATED: March 26, 2012

                                                          *Michael M. Anello*
                                                          Hon. Michael M. Anello
                                                          United States District Judge