# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECILIA LINARES and ABEL GONZALEZ, on behalf of themselves and all other similarly situated California residents,<br><br>                      Plaintiffs,<br><br>  vs.<br><br>COSTCO WHOLESALE, INC.,<br><br>                      Defendant. | CASE NO. 11-cv-2547-MMA (BGS)<br><br>**ORDER GRANTING JOINT MOTION FOR A STAY OF ALL PROCEEDINGS**<br><br>[Doc. No. 70] |

Presently before the Court is the parties' Joint Motion for a Stay of All Proceedings. [Doc. No. 70.] Upon due consideration, and for good cause shown, the Court **GRANTS** the motion. Accordingly, it is **ORDERED** that this matter is stayed.

**IT IS SO ORDERED**.

DATED: April 26, 2013

*Michael M. Anello*
Hon. Michael M. Anello
United States District Judge

- 1 -

11cv2547